(COB Form)(10/09)

UNITED STATES BANKRUPTCY COURT
**District of Colorado**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address:
Laurie Lynn Brinegar

Case No.:   16−15037−EEB
Chapter:    7

Debtor(s)

NOTICE OF RECUSAL

It appearing that an Order of Recusal has been entered in the above−named Case/Proceeding.

YOU ARE HEREBY NOTIFIED that the above−named Case/Proceeding is reassigned to the Honorable Elizabeth E. Brown , United States Bankruptcy Judge.

YOU ARE FURTHER NOTIFIED that the caption for all further documents in the above captioned Case/Proceeding shall bear the case number and suffix of 16−15037−EEB rather than 16−15037−JGR .

YOU ARE FURTHER NOTIFIED that the trustee assignment will not change in Ch. 13 cases, but may change in Ch. 7 cases, at which time you will be notified accordingly.

Dated:  7/5/16

FOR THE COURT:
s/ Kenneth S. Gardner , Clerk