# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LAURIE LYNN BRINEGAR, | ) | CHAPTER 7 |
| SSN: XXX-XX-6052, | ) | CASE NO. 16-15037 EEB |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER APPROVING APPLICATION TO EMPLOY CONNOLLY, LOFSTEDT, CADETTE & PEARCE, P.C. AS COUNSEL TO TRUSTEE

THIS MATTER comes before the Court upon the Trustee's Application to Employ Connolly, Lofstedt, Cadette & Pearce, P.C. as Counsel to Trustee (the "Application"). The Court has examined the Application and attached Affidavit of Ellen Cadette of Connolly, Lofstedt, Cadette & Pearce, P.C. ("CLCP") and

FINDS that CR&L represents no interest adverse to Trustee and the estate, CLPC is a disinterested person under 11 U.S.C. §§101 and 327, and CLPC's employment is necessary and in the best interest of estate.

IT IS THEREFORE ORDERED that CLCP is employed as counsel to Harvey Sender, Chapter 7 Trustee in the above-captioned case, commencing from the date the Application was filed with the Court. All fees and expenses are subject to application to and approval by the Court.

Dated: July 5, 2016

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge