United States Bankruptcy Court
District of Colorado

In re:                                                                              Case No. 16-15037-EEB
Laurie Lynn Brinegar                                                                Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1              User: atwoods               Page 1 of 1            Date Rcvd: Mar 08, 2017
                                  Form ID: pdf904             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
```
db         +Laurie Lynn Brinegar,    4890 Mt. Princeton Street,    Brighton, CO 80601-6503
cr         +Patrick Brinegar,    33790 555th St.,    Moulton, IA 52572-8602
           +Richard and Judy Johnson,    3270 S. Goldfield Road,    #320,   Apache Junction, AZ 85119-9192
17194081   +Richard and Judy Johnson,    4890 Mt. Princeton,    Brighton, CO 80601-6503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
```
              Harvey   Sender    Sendertrustee@sendwass.com,  hsender@ecf.epiqsystems.com
              Jeffrey S. Brinen    on behalf of Creditor Cyndi L. Lyden jsb@kutnerlaw.com,  aru@kutnerlaw.com
              Michael J. Davis    on behalf of Debtor Laurie Lynn Brinegar mdavis@bknmurray.com,
               llarson@bknmurray.com
              Tom H. Connolly    on behalf of Trustee Harvey  Sender tom@clcplaw.com,  tom@clpc-law.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
```
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | |
| LAURIE LYNN BRINEGAR, | Bankruptcy Case No. 16-15037 EEB<br>Chapter 7 |
| Debtor. | |

### ORDER AND NOTICE OF ADDITIONAL MATTERS TO BE HEARD

THIS MATTER comes before the Court on the Non-Evidentiary Hearing on Motion to Approve Settlement, scheduled to commence on a trailing docket before Judge Elizabeth E. Brown on **Tuesday, March 21, 2017, at 1:30 p.m.** in Courtroom F, U.S. Customs House, 721 19th Street, Denver, Colorado. The Court hereby

ORDERS that in addition to the already scheduled matter, the following matter is set for a non-evidentiary hearing: Motion to Withdraw as Attorney of Record Filed by Michael J. Davis and the Objection filed by the Debtor.

Parties may appear telephonically. Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

Dated this 8th day of March, 2017.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge